UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Intellimatch, Inc.

Debtor(s)

Case No: 97-60428

**FILED**

APR - 8 2005

CLERK
UNITED STATES BANKRUPTCY COURT
SAN JOSE CALIFORNIA

ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Chamberlain Associates c/o Cotelligent, in the amount of $2,132.67 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Cotelligent, Inc. C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $2,132.67, to:

Cotelligent, Inc.
C/o Dilks & Knopik, LLC
PO Box 502
Redmond, WA 98073-0502.

Dated: April 8, 2005

United States Bankruptcy Judge