UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:

Intellimatch, Inc.

Debtor

CASE NO. 97-60428

ORDER FOR PAYMENT
OF UNCLAIMED FUND

FILED
MAY 2 3 2005
CLERK
UNITED STATES BANKRUPTCY COURT
SAN JOSE, CALIFORNIA

This case came on for consideration of the motion for payment of unclaimed funds in the amount of $7,806.41. For the reason stated in the Application and supporting documentation filed contemporaneously herewith,

IT IS ORDERED that, pursuant to 28 USC 2042, the Bankruptcy Clerk, Northern District of California, San Francisco Division, pay this unclaimed money to the order of:

F One Software & Services Inc
c/o The Locator Services Group Ltd.
316 Newbury Street, Suite 32
Boston, MA 02115

Dated: May 23 2005

Bankruptcy Judge
Northern District of California

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                                    CASE NO. 97-60428

Intellimatch, Inc.

                    Debtor
_____|

APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The undersigned, Kim Sherrie Sawyer, as Counsel for The Locator Services Group Ltd. ("Applicant"), applies to this court for entry of an order directing the Clerk of the Court to remit to the applicant the sum of **$7,806.41**, said funds having been deposited into the Treasury of the United States pursuant to order of this Court as unclaimed funds for creditor **F One Software & Services Inc** .

Applicant further states that:

1.      Applicant is an attorney or a "funds locator" who has been retained by the creditor. Applicant has obtained an Original Power of Attorney from the individual creditor or the duly authorized representative for the business or the corporation named as the creditor in the order depositing funds into the court. A Power of Attorney, conforming to the official Bankruptcy Form is attached and made a part of this application.

2.      Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before the court, or that any party other than the applicant is entitled to submit an application for this claim.

Respectfully submitted this day, Monday, October 04, 2004.

THE LOCATOR SERVICES GROUP LTD:

BY: _____

F One Software & Services Inc  
Name of Applicant

Signature of Applicant

Kim Sherrie Sawyer, Counsel  
Name and Title of Applicant

The Locator Services Group, Ltd.  
Company Name

316 Newbury Street, Suite 32  
Street Address

Boston, MA 02115  
City and State

(617) 859-0600  
Telephone

**Payment Address:**  
The Locator Services Group Ltd.  
316 Newbury Street, Suite 32  
Boston, MA 02115

SUBSCRIBED AND SWORN before me this __4__ day of __October__, 200_4_.

_____  
NOTARY PUBLIC in and for the State of __Massachusetts__,  
residing in the County of __Suffolk__.  
My commission expires: __5/30/08__.

JOHN M. GRIFFIN  
Notary Public  
My Commission Expires  
May 30, 2008



Jerome E. Robertson, Trustee
129 Fremont Avenue
Los Altos, CA 94022

Telephone: (650) 949-9266
Facsimile: (650) 948-0748

FILED
JAN 2 1 2004
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

IN RE:

Intellimatch, Inc.

(Debtors)

Chapter 7

97-60428-JRG

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $15,623.00. The names and addresses of the claimants entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 00003 | City of San Jose Treasurer's Office<br>801 N First St. #217<br>San Jose, CA 95110 | $200.00 | $12.92 |
| 00011 | C Net The Computer Network<br>150 Chestnut St<br>San Francisco CA 94111 | $11,475.00 | $741.32 |
| 00019 | Symmetrix Inc<br>Accounts Payable   Kristi McFarland<br>1301 Capital Of Texas Hwy South,Ste B224<br>Austin TX 78746 | $1,500.00 | $96.90 |

| | | | |
|---|---|---|---|
| 00020 | Electronic Advertising<br>5200 Keller Springs Rd  1012<br>Dallas TX 75248 | $2,000.00 | $129.21 |
| 00031 | Pacific Bell<br>Payment Center<br>Sacramento CA 95887-0001 | $4,534.97 | $292.97 |
| 00040 | Interlogue Communications Corp<br>P O Box 4665<br>Burlingame CA 94011 | $2,800.00 | $180.89 |
| 00042 | F One Software And Services Inc<br>355 W Olive Ave #101<br>Sunnyvale, CA 94086 | $120,837.00 | $7,806.41 |
| 00048 | Chamberlain Associates<br>c/o Cotellignet Grp Inc<br>101 Calif St Ste 2050<br>San Francisco, CA 94111 | $33,012.00 | $2,132.67 |
| 00050 | Status Computer Inc.<br>55 Fairbanks Ave.<br>Marlborough, MA 01752<br>Attn: Suzanne Blasi, Legal Dept. | $8,000.00 | $516.82 |
| 00052 | Scenix Semiconductor Inc<br>Accounts Payable   Steve Leung<br>3160 De La Cruz Blvd  200<br>Santa Clara CA 95054 | $6,000.00 | $387.62 |
| 00054 | Worklife Ltd.<br>Accounts Payable   Bill Pilder<br>20 Signal Rd<br>Stamford CT 06902 | $28,500.00 | $1,841.18 |
| 00060B | Chani Pangali<br>6333 Paseo Santa Maria<br>Sunol CA 94586-8657 | $3,957.08 | $255.64 |
| 00064 | Bobbi Jo Borello<br>1684 Kintyre Wy.<br>Sunnyvale CA 94087 | $225.00 | $225.00 |

| | | | |
|---|---|---|---|
| 00066 | Julie A Lewis<br>4433 Inyo Ct<br>Fremont CA 94538 | $225.00 | $225.00 |
| 00070 | David Waxer<br>240 Ocean View Ave.<br>Santa Cruz CA 95062 | $225.00 | $225.00 |
| 00072 | Internet Mail<br>840 Apollo St., Ste. 220<br>El Segundo CA 90245 | $800.00 | $51.68 |
| 00074 | Wilson Leasing Company<br>30 Hampton Ln.<br>Novato, CA 94945 | $7,766.94 | $501.77 |

Total Unclaimed Dividends    $15,623.00

Dated: January 13, 2004

JEROME E. ROBERTSON, TRUSTEE